United States District Court
Eastern District of Missouri

| | |
|---|---|
| Joseph Counts, <br> Petitioner <br><br> v. <br><br> State of Missouri, <br> Respondent | Petition for Declaratory <br><br> and Injunctive Relief |

## Jurisdiction

Petitioner Joseph Counts (Counts) who is currently in the custody of the U.S. Marshalls in the Southern District of Illinois in Mt. Vernon, Illinois, normally resides at 14195 W Sunrise Lake Dr. Desoto, MO 63020, but is subject to Missouri's long-arm statute regardless, and respondent, for obvious reasons, are subject

Pg 1

20th Judicial Circuit of Franklin County Missouri

United States District Court
Eastern District of Missouri

to the jurisdiction of the court of the Eastern District of Missouri, under Title 28 USC sec 2201 for this particular action.

## Statement of Facts

1. On approximately July 18th, 2022 the 20th Judicial Circuit of Franklin County, MO accepted and filed a pro se ex-parte order of protection against Counts.

2. At that time Counts was already detained pretrial within the state of Illinois and was served by the 20th Judicial Circuit in that jurisdiction.

3. Counts filed a timely motion for lack of

Pg 2

subject matter jurisdiction, but the 20th Judicial Circuit did not sign off on it and the full order of protection issued August 2nd, 2022. (MO Rev Statutes 506.520 says no default order for 30 days???

4. Counts, after months of trying, was granted a motion to reconsider his pretrial detention (in the SDIL and in August 2022 the order of protection was specifically cited as a reason to detain Counts constituting part of the injury for the instant action.

5. Counts made several attempts to resolve the order of protection in Missouri but he was not allowed to submit a handwritten brief for appeal and his motion for lack of personal

pg3

jurisdiction was also not signed off on.

6. Counts requested rehearing and requested the court/clerk cause him to appear, but again, in August 2023 the order of protection issued for another two (2) years.

7. The order of protection, pursuant to Missouri statute, is recorded to the NCIC available in all 50 states and US Federal Government constituting another injury for purposes of the instant action.

8. Counts was in custody, and is still in custody, for the entire time the order issued.

## Standard of Review

pg 4

Counts reached out to the Missouri Order of Protection filer while detained in Illinois, and Missouri Statute 506.500 mandates (1)(2) that Counts thus be in the jurisdiction of Missouri. In addition however, MO Rev. Statute 508.010 mandates the venue also be in Missouri where Counts was unable to appear, and there are no statutory provisions which remedy, or should have remedied Counts' inability to appear due to his detention, nor did the court of Missouri cause Counts to appear. As such, Counts was denied full access to the court, Fourteenth Amendment

Pg 5

due process, the right to confront the order of protection filer, and equal protection under the laws (MO filer got double protection).

## Relief Sought

Counts respectfully requests and prays the court declare the order of protection issued in violation or sustained of the constitution of the United States and therefore void.

*Joseph Counts* 10-21-24
Joseph Counts
Jefferson County Justice Ctr
911 Casey Ave
Mt. Vernon, IL 62864

## Certification of Service:

I, Joseph Counts, certify a copy has been sent to MO AG Andrew Bailey at the Supreme Court Bldg. 207 W High Jefferson City MO 65102.

*Joseph Counts* 10-21-24

Pg 6