UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH COUNTS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-cv-01437-MTS |
| STATE OF MISSOURI, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

The Court previously dismissed Plaintiff's action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). Now before the Court is Plaintiff Joseph Counts's Motion to Alter or Amend the Judgment. Plaintiff's instant Motion argues that the *Rooker-Feldman* doctrine, which bars this action, is inapplicable here. That argument is meritless. In any event, Plaintiff's instant Motion fails to address the other fatal issue with his action, that the Eleventh Amendment bars it. *See* Doc. [9] at 4 n.2. Nor has Plaintiff addressed, in any way, the outstanding filing fee he owes to the Court for this action. *See id.* at 4–8.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Joseph Counts's Motion to Alter or Amend the Judgment, Doc. [11], is **DENIED**.

Dated this 8th day of April 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE